**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

# Form 24. Motion for Appointment of Counsel

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form24instructions.pdf*

**9th Cir. Case Number(s)** 24-140

**Case Name** Donovan J Foster V. United States et al

**Lower Court or Agency Case Number** 2:22-cv-08522-FWS-PVC

1. My name is Donovan J Foster
2. I am asking the court to appoint an attorney to help me with this case.
3. My fee status is as follows *(select one)*:
   - ○ The district court or this court granted my motion to proceed in forma pauperis.
   - ○ I filed a motion to proceed in forma pauperis but the court has not yet ruled on the motion.
   - ○ This motion is accompanied by a motion to proceed in forma pauperis.
   - X I paid the filing fees for this case. However, I cannot afford an attorney for the following reasons:

   Due to the extreme complexities and nature of the case; the cost of an attorney qualified in this area of law is extremely prohibitive to me. I support myself with a small veteran's disability benefit.
4. Is this a civil appeal or petition for review? X Yes ○ No
   If yes, attach an additional page(s) describing the issues on appeal.

My current mailing address

578 Washington Blvd NUM 312

City Marina Del Rey State CA Zip Code 90292

Prisoner Inmate or A Number (if applicable)

**Signature** [signature] **Date** 1/11/2024

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**ATTACHMENT Form 24. Motion for Appointment of Counsel**

Docket Number: 24-140

Originating Case Number: 2:22-cv-08522-FWS-PVC

Short Title: Foster v. United States of America, et al.

The issue on appeal is as follows:

Order by the United States District Court Central District of California granting Defendant's Motion to Dismiss with prejudice entered 12/15/2023.

Donovan J Foster
578 Washington Blvd NUM 312
Marina Del Rey, CA 90292
1-212-920-1477
Fostermailbox@gmail.com