Donovan Foster
578 Washington Blvd NUM 312
Marina Del Rey, CA 90292
1-212-920-1477
Fostermailbox@gmail.com

January 26, 2024

**UNITED STATES COURT OF APPEALS FOR THE NINTH DISTRICT**

Short Title: Foster v United States of America et al
Docket Number: 24-140

**Certificate of Service for Electronic Docket Submission System Filing**

I Donovan J Foster, a pro se appellant admitted to represent myself before the United States Court of Appeals for the Ninth District concerning the above referenced matter hereby certify that on January 11, 2024, I served the following document:

Document Description:
Motion for Appointment of Counsel
Recipient:
AUSA Johnathan Russell Blakey
Address:
Federal Building, Suite 7516 300 North Los Angeles Street Los Angeles, California 90012

I hereby certify that on January 11, 2024, a true and accurate copy of the aforementioned Motion for Appointment of Counsel was served upon AUSA Johnathan Russell Blakey at the above-mentioned address.

The method of service used was U.S. First Class Mail, in accordance with U.S. Code.

I further certify that a copy of the Motion for Appointment of Counsel was mailed to the recipient's address as provided above, and the document was properly sealed and posted for mailing on January 11, 2024.

Please find attached a true and accurate copy of the Motion for Appointment of Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Donovan Foster
Donovan Foster
Fostermailbox@gmail.com
1-212-920-1477

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 24. Motion for Appointment of Counsel

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form24instructions.pdf*

**9th Cir. Case Number(s)** 24-140

**Case Name** Donovan J Foster V. United States et al

**Lower Court or Agency Case Number** 2:22-cv-08522-FWS-PVC

1. My name is Donovan J Foster
2. I am asking the court to appoint an attorney to help me with this case.
3. My fee status is as follows *(select one)*:

○ The district court or this court granted my motion to proceed in forma pauperis.

○ I filed a motion to proceed in forma pauperis but the court has not yet ruled on the motion.

○ This motion is accompanied by a motion to proceed in forma pauperis.

X I paid the filing fees for this case. However, I cannot afford an attorney for the following reasons:

Due to the extreme complexities and nature of the case; the cost of an attorney qualified in this area of law is extremely prohibitive to me. I support myself with a small veteran's disability benefit.

4. Is this a civil appeal or petition for review? X Yes ○ No

If yes, attach an additional page(s) describing the issues on appeal.

My current mailing address

578 Washington Blvd NUM 312

City Marina Del Rey State CA Zip Code 90292

Prisoner Inmate or A Number (if applicable)

**Signature** [signature] **Date** 1/11/2024

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**ATTACHMENT Form 24. Motion for Appointment of Counsel**

Docket Number: 24-140

Originating Case Number: 2:22-cv-08522-FWS-PVC

Short Title: Foster v. United States of America, et al.

The issue on appeal is as follows:

Order by the United States District Court Central District of California granting Defendant's Motion to Dismiss with prejudice entered 12/15/2023.

Donovan J Foster
578 Washington Blvd NUM 312
Marina Del Rey, CA 90292
1-212-920-1477
Fostermailbox@gmail.com