UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Donovan J Foster V United States of America et. al.

Case Number: 24-140

**CERTIFICATE OF SERVICE**

I, Donovan J Foster, hereby certify that I am a participant in the Court's Case Management/Electronic Case Files (CM/ECF) system. I further certify that on February 11, 2024, I electronically filed the foregoing APPELLANT'S INFORMAL OPENING BRIEF with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that they were served by the appellate CM/ECF system which sent notification of such filing to the following:

Jonathan Russell Blakey jonathan.blakey@usdoj.gov

There were no non-CM/ECF participants to be served by mail.

This certificate concerns the service of the document titled APPELLANT'S INFORMAL OPENING BRIEF. If any party requires a paper copy of this brief, I will promptly mail one to the requesting party.

Executed on February 11, 2024, at Los Angeles, California.

Donovan J Foster
578 Washington Blvd NUM 312
Marina Del Rey, CA 90292
fostermailbox@gmail.com
Pro Se