UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONOVAN FOSTER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.;<br><br>Defendants - Appellees. | No. 24-140<br><br>D.C. No.<br>2:22-cv-08522-FWS-PVC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: VANDYKE and MENDOZA, Circuit Judges.

The court, in its discretion, denies the motion for appointment of pro bono counsel (Docket Entry Nos. 3 and 5).

The Clerk will file the opening brief at Docket Entry No. 6. The answering brief is due May 1, 2024. The optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel and did not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *See* 9th Cir. R. 30-1.3.