UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DONOVAN FOSTER,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA, et al.;

Defendants - Appellees.

No. 24-140

D.C. No.
2:22-cv-08522-FWS-PVC
Central District of California,
Los Angeles

ORDER

The opening brief submitted by Appellant Donovan Foster is filed.

Within 7 days of this order, Appellant must file 6 copies of the brief in paper format. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT