No. 24-140

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**DONOVAN FOSTER**,
*Plaintiff-Appellant*,

v.

**UNITED STATES OF AMERICA**,
*Defendant-Appellee*.

Appeal from the United States District Court
Central District of California
No. CV 22-08522 FWS (PVC)

# APPELLEE'S MOTION TO STAY THE BRIEFING SCHEDULE

E. MARTIN ESTRADA
*United States Attorney*
DAVID M. HARRIS
*Assistant United States Attorney*
*Chief, Civil Division*
JONATHAN RUSSELL BLAKEY
*Assistant United States Attorney*
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-8341
E-mail: Jonathan.Blakey@usdoj.gov

Attorneys for Defendant-Appellee
United States of America

**MOTION TO STAY THE BRIEFING SCHEDULE**

Defendant-Appellee United States of America respectfully moves to stay the briefing schedule until its motion for summary affirmance is decided. Plaintiff-Appellant Donovan Foster's opening brief was filed on February 11, 2024, and the answering brief is currently due on May 1, 2024.

Dated: April 26, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

*/s/ Jonathan Russell Blakey*
JONATHAN RUSSELL BLAKEY
Assistant United States Attorney

Attorneys for Defendant-Appellee
United States of America