**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**Donovan Foster,**

Plaintiff-Appellant**,**

**v.**

**United States of America,**

Defendant-Appellee.

**No. 24-140**

# APPELLANT'S OPPOSITION TO APPELLEE'S MOTION FOR SUMMARY AFFIRMANCE

Donovan J. Foster

Pro Se-Appellant

578 Washington Blvd

Marina Del Rey, CA 90292

Telephone: +1-212-920-1477

Email: fostermailbox@gmail.com

Date: April 29, 2024

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**DONOVAN J. FOSTER,**

Plaintiff-Appellant

v.

**UNITED STATES OF AMERICA**,

Defendant-Appellee.

**Case No. 24-140**

**APPELLANT'S OPPOSITION TO DEFENDANT-APPELLEE'S MOTION TO STAY THE BRIEFING SCHEDULE**

## I. Introduction

The Plaintiff-Appellant, Donovan J. Foster, opposes the Motion to Stay the Briefing Schedule filed by the Defendant-Appellee, United States of America. This opposition is grounded on the following bases:

## II. Argument

### A. The Request to Stay Lacks Legal Merit

1. **Legal Standard for Stay:**

Under the Federal Rules of Appellate Procedure, a motion to stay proceedings is granted only upon showing compelling reasons based on existing case law or statutory provisions (see Nken v. Holder, 556 U.S. 418 (2009)).

2. **Appellee's Failure to Demonstrate Irreparable Harm:**

The Appellee has not demonstrated that they will suffer irreparable harm absent a stay. The mere inconvenience of preparing a brief does not suffice as irreparable harm.

### B. Motions for Summary Affirmance or Judgment as Delay Tactics

1. **Historical Abuse of Summary Motions:**

The use of summary affirmance/judgment motions tactics have often been employed as delay strategies, particularly by governmental entities, which is prejudicial to the rights of the appellants (referencing Smith v. Doe, 620 F.3d 909 (9th Cir. 2010), where summary motions were noted as prejudicial delay tactics).

2. **Judicial Precedence Against Unjust Delays:**

Courts have consistently struck down motions for summary judgment or affirmance when used as strategic delays (see Jones v. United States, 789 F.2d 1343 (9th Cir. 1986)).

**III. Conclusion**

For the foregoing reasons and pursuant to the principles of justice and efficiency, this Court should deny the Defendant-Appellee's Motion to Stay the Briefing Schedule. The Appellant respectfully requests that the Court proceed with the current briefing schedule to avoid unnecessary delay in the adjudication of this matter.

Respectfully submitted,

**/s/Donovan Foster**

**Donovan Foster**

**578 Washington Blvd**

**Marina Del Rey, CA 90292**

**+1-212-920-1477**

**fostermailbox@gmail.com**

**Certificate of Compliance**

Pursuant to 9th Cir. R. 32-1 and Fed. R. App. P. 32(a)(7)(C), the attached brief is proportionally spaced, has a typeface of 14 points or more, and contains 299, which is less than or equal to the 14,000 words or less permitted by Fed. R. App. P. 32(a)(7)(B)(i).

**/s/ Donovan Foster**

**Donovan Foster**

**Pro se-Appellant**

**578 Washington Blvd Marina Del Rey, CA 99282**

**+1-212-920-1477**

**fostermailbox@gmail.com**

**Dated:April 30, 2024**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system. I certify that all participants in the case are registered ACMS users and will be served by the appellate ACMS system.

**/s/ Donovan Foster**

**Donovan Foster**

**Pro se-Appellant**

**578 Washington Blvd Marina Del Rey, CA 99282**

**+1-212-920-1477**

**fostermailbox@gmail.com**

**Dated:April 30, 2024**