**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**Donovan Foster, Plaintiff-Appellant,**

**v.**

**United States of America, Defendant-Appellee.**

**Case No. 24-140**

# MOTION FOR LEAVE TO CONDUCT ORAL ARGUMENT ON DEFENDANT-APPELLEE'S MOTION FOR SUMMARY AFFIRMANCE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Donovan Foster

Pro Se-Appellant

578 Washington Blvd Marina Del Rey, CA 90292

Telephone: +1-212-920-1477

Email: fostermailbox@gmail.com

**Date Filed: May 9, 2024**

**Table of Contents**

**MOTION FOR LEAVE TO CONDUCT ORAL ARGUMENT ON DEFENDANT-APPELLEE'S MOTION FOR SUMMARY AFFIRMANCE**


- **Cover Page**
- **Table of Contents**

**....................................................................................... 1**

- **I. Introduction**

**........................................................................................... 5**

- **II. Justification for Oral Argument**

**............................................................ 5**

- **A. Complexity of Legal Issues**

**........................................................... 6**

- **B. Clarification of Pro Se Appellant's Position**

**.................................... 6**

- **C. Significance of the Outcome**

**.......................................................... 6**

- **III. Conclusion**

**........................................................................................... 6**

- **Signature and Contact Information**

**………………………………………………….. 6**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO CONDUCT ORAL ARGUMENT ON DEFENDANT-APPELLEE'S MOTION FOR SUMMARY AFFIRMANCE**

- **I. Introduction**

**……………………………………………………………………………… 9**

- **II. Legal Standard for Oral Argument**

**…………………………………………………. 9**

- **III. Justification for Oral Argument**

**…………………………………………………. 10**

- **A. Complexity of Legal Issues**

**…………………………………………………. 10**

- **B. Clarification of Pro Se Appellant's Position**

**…………………………. 10**

- **C. Significance of the Outcome**

**…………………………………………………. 10**

- **IV. Conclusion**

**……………………………………………………………………………… 11**

- **Signature and Contact Information**

**……………………………………………. 12**

- **Certificate of Service**

**………………………………………………………………. 13**

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**Donovan Foster,**

**Plaintiff-Appellant,**

**v.**

**United States of America,**

**Defendant-Appellee.**

**Case No. 24-140**

**MOTION FOR LEAVE TO CONDUCT ORAL ARGUMENT ON DEFENDANT-APPELLEE'S MOTION FOR SUMMARY AFFIRMANCE**

Pursuant to Federal Rule of Appellate Procedure 34 and Ninth Circuit Rule 34-1, Donovan Foster, pro se, respectfully submits this motion for leave to conduct oral argument concerning the Defendant-Appellee's Motion for Summary Affirmance.

This motion underscores the intricate legal issues and significant procedural concerns that merit the Court's deliberative attention through oral advocacy.

## I. INTRODUCTION

This appeal presents substantial questions under the Veterans' Judicial Review Act (VJRA) and the Federal Tort Claims Act (FTCA), whose resolutions will significantly influence not only the jurisprudential landscape regarding veterans' rights but also the procedural safeguards afforded to litigants in federal appellate proceedings. Given the complexity and the potential precedential importance of the issues at stake, oral argument is indispensable for a thorough examination of the arguments presented.

## II. JUSTIFICATION FOR ORAL ARGUMENT

The Motion for Summary Affirmance filed by the Defendant-Appellee contends that this case may be promptly resolved without further review. However, the legal issues involved are neither straightforward nor uncontroversial, involving nuanced interpretations of federal statutes and significant factual disputes that are best explored through oral dialogue.

1. **Complexity of Legal Issues:** The interplay between the FTCA and the VJRA, especially as it pertains to jurisdiction and the scope of judicial review, requires a detailed oral exposition to fully appreciate the nuances and implications of existing precedents and statutory interpretations.

2. **Clarification of Pro Se Appellant's Position:** As a self-represented litigant, oral argument will provide the Appellant an invaluable platform to articulate his legal theories and respond to judicial inquiries directly, ensuring that the Court gains a complete and balanced understanding of the appellant's arguments.

3. **Significance of the Outcome:** The decision on this motion has far-reaching implications beyond the immediate parties, potentially affecting the procedural rights of veterans and the administration of justice in similar cases. Oral argument will allow the Court to probe the depths of these implications thoroughly.

## III. CONCLUSION

In light of the foregoing, it is respectfully submitted that this Court grant the Appellant's motion for leave to conduct oral argument. The issues presented are of profound importance and complexity, warranting direct engagement with the bench to ensure judicious resolution.

Respectfully submitted,

**__/s/ Donovan Foster**

**Donovan Foster Pro Se-Appellant**

**578 Washington Blvd**

**Marina Del Rey, CA 90292**

**Telephone: +1-212-920-1477**

**Email: fostermailbox@gmail.com**

Dated: May 9, 2024

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**Donovan Foster,**

**Plaintiff-Appellant,**

**v.**

**United States of America,**

**Defendant-Appellee.**

**Case No. 24-140**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO CONDUCT ORAL ARGUMENT ON DEFENDANT-APPELLEE'S MOTION FOR SUMMARY AFFIRMANCE**

Pursuant to Federal Rule of Appellate Procedure 34 and Ninth Circuit Rule 34-1, Plaintiff-Appellant, Donovan Foster, pro se, respectfully submits this memorandum of points and authorities in support of his motion for leave to conduct oral argument regarding the Defendant-Appellee's Motion for Summary Affirmance.

## I. INTRODUCTION

This case presents complex legal questions significant to the jurisprudential landscape of veterans' rights and the procedural safeguards afforded in federal appellate proceedings. The intricate issues arising under the Veterans' Judicial Review Act (VJRA) and the Federal Tort Claims Act (FTCA) require thorough deliberative attention that can best be addressed through oral argument.

## II. LEGAL STANDARD FOR ORAL ARGUMENT

Federal Rule of Appellate Procedure 34(a) states that an appellate court will generally decide an appeal on the briefs unless a party or the court requests oral argument. Ninth Circuit Rule 34-1 further articulates that oral argument should be granted if it would significantly aid the court in resolving the issues. Given the complexities and the potential precedential importance of the legal issues in this appeal, oral argument is not only beneficial but necessary.

## III. JUSTIFICATION FOR ORAL ARGUMENT

### A. Complexity of Legal Issues

The legal questions involved are neither straightforward nor uncontroversial, involving nuanced interpretations of federal statutes such as the FTCA and VJRA. Specifically, this case requires a detailed oral exposition to fully appreciate the nuances and implications of existing precedents and statutory interpretations regarding jurisdiction and the scope of judicial review.

### B. Clarification of Pro Se Appellant's Position

As a self-represented litigant, oral argument will provide the Appellant an invaluable platform to articulate his legal theories and respond directly to judicial inquiries, ensuring that the Court gains a complete and balanced understanding of the appellant's arguments.

### C. Significance of the Outcome

The decision on the Motion for Summary Affirmance has far-reaching implications beyond the immediate parties, potentially affecting the procedural rights of veterans and the administration of justice in similar cases. Oral argument will allow the Court to probe the depths of these implications thoroughly, ensuring a decision that is informed by a comprehensive understanding of all issues.

**IV. CONCLUSION**

Given the significant legal complexities and the substantial implications of this case, oral argument is indispensable for a proper examination of the issues presented. The Appellant respectfully requests that this Court grant his motion for leave to conduct oral argument on the Defendant-Appellee's Motion for Summary Affirmance.

Respectfully submitted,

**/s/ Donovan Foster**

**Donovan FosterPro Se-Appellant**

**578 Washington Blvd**

**Marina Del Rey, CA 90292**

**Telephone: +1-212-920-1477**

**Email: fostermailbox@gmail.com**

Dated: May 9, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2024 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system. I certify that all participants in the case are registered ACMS users and will be served by the appellate ACMS system.

**__/s/ Donovan Foster**

**Donovan Foster Pro Se-Appellant**

**578 Washington Blvd**

**Marina Del Rey, CA 90292**

**Telephone: +1-212-920-1477**

**Email: fostermailbox@gmail.com**