UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONOVAN FOSTER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.;<br><br>Defendants - Appellees. | No. 24-140<br><br>D.C. No.<br>2:22-cv-08522-FWS-PVC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: CANBY, TASHIMA, and KOH, Circuit Judges.

The motion to stay briefing pending resolution of the motion for summary affirmance (Docket Entry No. 13) is granted.

The motion for summary affirmance of the district court's judgment (Docket Entry No. 12) is denied because the arguments raised in the opening brief are sufficiently substantial to warrant further consideration by a merits panel. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

The motion for oral argument on the motion for summary affirmance (Docket Entry No. 16) is denied as moot.

The opening brief has been filed. The answering brief is due 30 days after the date of this order. The optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel and did not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *See* 9th Cir. R. 30-1.3.