**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**DONOVAN J. FOSTER,**

**Plaintiff-Appellant,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant-Appellee.**

**Case No. 24-140**

# LETTER BRIEF REGARDING CERTIFICATE OF COMPLIANCE

August 22, 2024

Dear Honorable Judges of the Panel,

I am writing to respectfully inform the Court that I inadvertently omitted the **Certificate of Compliance** from my **Reply Brief of Plaintiff-Appellant**, which was filed on August 14, 2024. I sincerely apologize for this oversight and any inconvenience it may have caused.

In compliance with Federal Rule of Appellate Procedure 32(g)(1) and Ninth Circuit Rule 32-1, I am now submitting the attached Certificate of Compliance to ensure that my filing adheres to the Court's requirements. The Reply Brief of Plaintiff-Appellant contains 6,356 words, excluding the parts of the brief exempted by Rule 32(f).

I respectfully request that the Court accept this supplemental filing and include the attached Certificate of Compliance in the record for my previously filed brief.

Thank you for your understanding and consideration.

Respectfully submitted,

/s/ Donovan Foster

Donovan J. Foster, Pro Se

578 Washington Blvd NUM 312

Marina Del Rey, CA 90292

1-212-920-1477

fostermailbox@gmail.com

Attachment: Certificate of Compliance

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**DONOVAN J. FOSTER,**

**Plaintiff-Appellant,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant-Appellee.**

**Case No. 24-140**

## CERTIFICATE OF COMPLIANCE

I, Donovan J. Foster, certify that the **Reply Brief of Plaintiff-Appellant brief** complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B) and the typeface and type style requirements of Rule 32(a)(5) and (a)(6). The brief contains 6,356 words, excluding the parts of the brief exempted by Rule 32(f). I further certify that this brief complies with the length limits set forth at Ninth Circuit Rule 32-1.

Date: August 22, 2024

Respectfully submitted,

/s/ Donovan Foster

Donovan J. Foster, Pro Se

578 Washington Blvd NUM 312

Marina Del Rey, CA 90292

1-212-920-1477

fostermailbox@gmail.com