**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**DONOVAN J. FOSTER,**

**Plaintiff-Appellant,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant-Appellee.**

**Case No. 24-140**

# CERTIFICATE OF SERVICE

I, Donovan J. Foster, certify that on August 14, 2024, I electronically filed the **Reply Brief of Plaintiff-Appellant** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Appellate Case Management System (ACMS).

I further certify that participants in the case who are registered ACMS users were served by the Appellate ACMS CM/ECF system. Specifically, the following attorney was served via ACMS:

**Jonathan Russell Blakey**

Assistant United States Attorney

Email: Jonathan.Blakey@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2024.

Respectfully submitted,

/s/ Donovan Foster

Donovan J. Foster

578 Washington Blvd NUM 312

Marina Del Rey, CA 90292

1-212-920-1477

fostermailbox@gmail.com