**THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**Case No. 24-140**

**Donovan J Foster,**
**Plaintiff-Appellant,**

**v.**

**UNITED STATES OF AMERICA,**
**Defendant-Appellee.**

# EMERGENCY MOTION FOR CLARIFICATION REGARDING SERVICE OF SEALED EMERGENCY MOTION

Filed by:
Donovan J Foster
578 Washington Blvd NUM 312
Marina Del Rey, CA 90292
1-212-920-1477
fostermailbox@gmail.com

Donovan Foster, Plaintiff-Appellant

Dated: January 31, 2025

## INTRODUCTION

Movant respectfully submits this Motion for Clarification regarding the appropriate service of a sealed Emergency Motion filed in the instant case. Specifically, Movant seeks the Court's guidance on whether service upon a non-case participant —the Attorney General of the State of California—was required, permissible, or

inadvertently improper under the applicable sealing order and Federal Rules of Appellate Procedure (FRAP 25).

## BACKGROUND

1. On January 28, 2025 at 06:02 PM, Movant filed an Emergency Motion under seal in the U.S. Court of Appeals for the Ninth Circuit.
2. The motion references the State of California and its officials in relation to alleged unlawful interference with a federal litigant.
3. In an effort to ensure procedural compliance and provide relevant notice, movant served a copy, via USPS certified mail return receipt USPS Tracking #: 92148902358909000030468606, the sealed motion on the Attorney General of the State of California Est. delivery: February 4, 2025.
4. After further review, Movant recognizes the potential that service upon a non-case participant without explicit court authorization may be inconsistent with Ninth Circuit Rule 27-13 and FRAP 25(a)(5).
5. Movant now seeks clarification from this Court as to whether:
   - Service upon the California Attorney General was required or proper, given the contents of the motion;
   - Any remedial steps are necessary if the service was procedurally improper.

## LEGAL BASIS

Federal Rule of Appellate Procedure 25(a)(5) governs the service of sealed documents and states that sealed filings must be served only on authorized case participants unless otherwise ordered by the court. Ninth Circuit Rule 27-13 further restricts service of sealed filings unless the court grants specific permission.

Given these rules, Movant seeks judicial clarification as to whether:

1. The service of a sealed motion on a non-party official (California AG) was procedurally sound;
2. Any remedial action (e.g., withdrawal of the service copy, additional protective measures) is warranted.

REQUEST FOR RELIEF

1. Movant files this Emergency Motion for Clarification in an abundance of caution to ensure strict adherence to Ninth Circuit procedures. This filing is not intended to seek relief but rather to ensure transparency regarding the procedural actions taken by Movant and to clarify whether service of a sealed motion upon a non-party official (the California Attorney General) was consistent with Ninth Circuit Rule 27-13 and FRAP 25(a)(5).

Respectfully submitted,

Donovan J Foster
578 Washington Blvd NUM 312
Marina Del Rey, CA 90292

1-212-920-1477
fostermailbox@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, I electronically filed the foregoing Emergency Motion for Clarification Regarding Service of Sealed Emergency Motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. Via email the following parties has been served in accordance with U.S. Ninth Circuit Court of Appeals Rules:

1. Counsel for all case participants United States of America et al

Respectfully submitted,

/s/ Donovan J Foster
Donovan J Foster
578 Washington Blvd NUM 312
Marina Del Rey, CA 90292
1-212-920-1477
fostermailbox@gmail.com