# MOTION TO PROCEED IN FORMA PAUPERIS

Donovan J. Foster

578 Washington Blvd, NUM 312

Marina Del Rey, CA 90292

(212) 920-1477 | fostermailbox@gmail.com

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---------------------------------------------------

| | | |
|---|---|---|
| DONOVAN J. FOSTER, | ) | |
| Plaintiff-Appellant, | ) | Case No. 24-140 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant-Appellee. | ) | |

---------------------------------------------------

MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff-Appellant Donovan J. Foster respectfully moves this Court for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24. This request is made in connection with Appellant's appeal from the order of the United States District Court for the Central District of California, dismissing his Federal Tort Claims Act action.

Mr. Foster is a 100% service-connected veteran who has categorically declined VA disability payments as a matter of principle, because the Department of Veterans Affairs—the agency liable in this case—is the very source of the catastrophic harm for which this action seeks redress. He survives without income, employment, or financial support, and has three bank accounts that

are all currently in overdraft.

The Appellant is presently unemployed, and as a direct consequence of the VA's negligence—including the loss and/or mislabeling of vital medical records that delayed diagnosis for nearly a decade—he is permanently disabled and unable to engage in gainful employment.

Mr. Foster has no dependents. His capacity to parent or support a family has also been gravely impaired by the harm inflicted through the VA's tortious conduct.

Given the above, Appellant qualifies for in forma pauperis status under the applicable statutes and case law, and respectfully asks the Court to waive all filing fees and costs associated with the continuation of this appeal.

Attached is the required Form 4 affidavit in support of this request.

Respectfully submitted,

/s/ Donovan J. Foster

Donovan J. Foster

Pro Se Appellant

Dated: April 23, 2025

Donovan J. Foster

578 Washington Blvd, NUM 312

Marina Del Rey, CA 90292

(212) 920-1477 | fostermailbox@gmail.com

# Form 4. Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States Court of Appeals for the Ninth Circuit

Case Number: 24-140

Case Name: Donovan J. Foster v. United States of America

AFFIDAVIT

I, Donovan J. Foster, declare that I am the appellant in the above-entitled proceeding; that in support of my motion to proceed on appeal in forma pauperis, I state that because of my poverty, I am unable to pay the costs of this case or to give security therefor, and I believe I am entitled to redress.

1. I currently have had no income from any source, including VA disability,

Social Security, employment, self-employment, or other sources. I am eligible for VA benefits at the 100% disability level but have declined them on principle due to this litigation. I am currently unemployed. As a direct result of the Department of Veterans Affairs' negligence—including the prolonged loss and/or mislabeling of my service medical records which delayed a critical diagnosis for nearly a decade—I suffer from permanent impairments that render me unable to participate in gainful employment at this time. Until this matter is fully and lawfully resolved, I am not able to safely or ethically operate in a professional setting, as doing so could place others at risk. My sincere wish is to return to productive work, but I cannot responsibly do so without justice and intervention under the laws of the United States of America.

2. I have no dependents. The injuries sustained have left me permanently unable to rear children.

3. I own no real estate, vehicles, or other property. I maintain three checking accounts, all currently in overdraft.

4. I am not employed, and my unemployment is a direct result of the injuries and medical harm caused by the defendant agency.

5. I have no cash or savings on hand.

6. I have a de minims amount of holdings in any stocks, bonds, or other investments.

7. I have no personal or commercial debts owed to me, other than the claim for monetary damages presently sought in this appeal. That claim arises under the Federal Tort Claims Act and reflects the full measure of compensation I contend is due as a result of the United States' negligence. The approximate value asserted in the pleadings is $92 billion.

8. I currently carry over $125,000 in unsecured debt, including legal, medical, and personal liabilities that have accumulated as a direct consequence of the harm at issue in this litigation. I have no realistic means of repayment absent a just resolution of this matter. These debts further underscore my indigency and the impossibility of affording legal fees, court costs, or appellate filing expenses at this time.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 23, 2025

/s/ Donovan J. Foster

Donovan J. Foster

578 Washington Blvd, NUM 312

Marina Del Rey, CA 90292

fostermailbox@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on April 23, 2025, I electronically filed the foregoing:

- Motion to Proceed In Forma Pauperis
- Form 4: Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered ACMS AND CM/ECF users will be served by the appellate ACMS and or CM/ECF system.

Executed on April 23, 2025 in Los Angeles, CA.

/s/ Donovan J. Foster

Donovan J. Foster

578 Washington Blvd, NUM 312

Marina Del Rey, CA 90292

fostermailbox@gmail.com