No. 24-140

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

**DONOVAN FOSTER**,
*Plaintiff-Appellant*,

v.

**UNITED STATES OF AMERICA**,
*Defendant-Appellee*.

Appeal from the United States District Court
Central District of California
No. CV 22-08522 FWS (PVC)

---

# MOTION TO SUBMIT CORRECTED SUPPLEMENTAL EXCERPTS OF RECORD

---

BILAL A. ESSAYLI
*United States Attorney*
DAVID M. HARRIS
*Assistant United States Attorney*
*Chief, Civil Division*
JESSICA O. CHEH
*Assistant United States Attorney*
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-0886
E-mail: jessica.cheh@usdoj.gov

Attorneys for Defendant-Appellee
United States of America

## MOTION TO SUBMIT CORRECTED SUPPLEMENTAL EXCERPTS OF RECORD

The United States moves to submit corrected Supplemental Excerpts of Record (Dkt. 21) to include further necessary redactions of Appellant Donovan Foster's private information which were inadvertently omitted upon initial filing. This motion is made pursuant to Federal Rule of Appellate Procedure 27 and is based on the files and records in this case and the attached declaration of Assistant United States Attorney Jessica O. Cheh.

On April 23, 2025, Appellant Donovan Foster filed a "Motion for Sanctions" representing that the Supplemental Excerpts of Record contained pages identifying his Social Security number. Dkt. 45. Upon reviewing the SER, counsel for the United States confirmed that there were pages on which Foster's personally identifiable information was inadvertently left unredacted. Cheh Decl. ¶ 4.

Because the failure to redact all of Foster's personally identifiable information was an unintentional error, the United States respectfully requests leave to submit corrected Supplemental Excerpts containing all necessary redactions. A proposed corrected SER is submitted concurrently with this motion.

Dated: April 25, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

*/s/ Jessica O. Cheh*
JESSICA O. CHEH
Assistant United States Attorney

Attorneys for Defendant-Appellee
United States of America

# DECLARATION OF JESSICA O. CHEH

I, Jessica O. Cheh, hereby declare as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Central District of California. I make this declaration pursuant to Federal Rule of Appellate Procedure 27(a)(2)(B).

2. I am Chief of the Civil Appeals Section and recently assumed primary responsibility over the defense of this appeal.

3. On April 23, 2025, Appellant Donovan Foster filed a "Motion for Sanctions" in which he identified multiple pages of the Supplemental Excerpts of Record (Dkt. 21) containing his unredacted Social Security number. Dkt. 45.

4. After reviewing the SER, I confirmed that there were multiple pages on which Mr. Foster's personally identifiable information was unredacted. The failure to redact this information was an inadvertent oversight.

5. On April 24, 2025, I emailed Mr. Foster to advise him of this motion and to obtain his position thereon. I have not yet received a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of April, 2025, at Los Angeles, California.

*/s/ Jessica O. Cheh*

JESSICA O. CHEH