No. 24-140

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**DONOVAN FOSTER**,
*Plaintiff-Appellant*,

v.

**UNITED STATES OF AMERICA**,
*Defendant-Appellee*.

Appeal from the United States District Court
Central District of California
No. CV 22-08522 FWS (PVC)

# OPPOSITION TO MOTION FOR SANCTIONS

BILAL A. ESSAYLI
*United States Attorney*
DAVID M. HARRIS
*Assistant United States Attorney*
*Chief, Civil Division*
JESSICA O. CHEH
*Assistant United States Attorney*
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-0886
E-mail: jessica.cheh@usdoj.gov

Attorneys for Defendant-Appellee
United States of America

## OPPOSITION TO MOTION FOR SANCTIONS

On April 23, 2025, Appellant Donovan Foster filed a "Motion for Sanctions" representing that the Supplemental Excerpts of Record contain pages identifying his Social Security number. Dkt. 45. The same day, the Court refiled that motion as a Motion to Maintain Document Under Seal. *Id.* Counsel for the United States confirmed that there are pages in the SER on which Foster's personally identifiable information was inadvertently left unredacted, and promptly filed a motion to submit a Corrected Supplemental Excerpts of Record containing all necessary redactions.[1] Dkt. 46.

Because the failure to redact all of Foster's personally identifiable information was an unintentional error that the United States remedied immediately after learning of the oversight, the United States respectfully submits that the sanctions Foster seeks in his request to seal are unwarranted. Moreover, because the United States' motion to submit Corrected Supplemental Excerpts of Record containing all

[1] Soon after Foster filed the motion for sanctions but before the United States filed its motion to submit a Corrected Supplemental Excerpts of Record, the Court locked the originally filed SER pending Foster's request to seal. *See* Dkt. 21.

required redactions remains pending, Dkt. 46, sealing the full pages identified in Foster's motion is unnecessary. Finally, because Foster identified no authority by which the United States could be compelled to direct the Department of Veterans Affairs and/or the Social Security Administration to issue him a new social security number under the circumstances, that request should be denied as well.

Dated: May 2, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

*/s/ Jessica O. Cheh*
JESSICA O. CHEH
Assistant United States Attorney

Attorneys for Defendant-Appellee
United States of America