# NOTICE OF OFFICIAL SUBMISSION

Filed in the United States Court of Appeals for the Ninth Circuit
Case No. 24-140 | Title: Foster v. United States

Submitted by Appellant Donovan J. Foster in pro per.
Document: Sovereign Ledger Submission – Enforcement Package 001
Filed: June 15, 2025 | Immutable Hash: 9ae9627582c28a464d15cf79a5dc64d0ce201500de092c7fa5e2648e32bccf28

Filed pursuant to Federal Rules of Evidence 902(11), 902(13), and 902(14).
No response requested. Submission for evidentiary ledgering and record.

Filed by: Consumer Accountability Alliance | legal@consumeraccountability.org

# DECLARATION UNDER 28 U.S.C. § 1746

I, Donovan J. Foster, hereby declare under penalty of perjury:

1. That I am the Appellant in the matter of Foster v. United States, Case No. 24-140, currently pending before the United States Court of Appeals for the Ninth Circuit.
2. That I personally prepared, reviewed, and filed the attached document entitled: 'Sovereign Ledger Submission – Enforcement Package 001' on June 15, 2025.
3. That the document is true and correct to the best of my knowledge and belief, and is being submitted for purposes of evidentiary preservation under Rule 902(11), (13), and (14).
4. That the document includes an immutable cryptographic hash embedded visibly and in metadata: SHA-256: 9ae9627582c28a464d15cf79a5dc64d0ce201500de092c7fa5e2648e32bccf28
5. That this declaration is made in lieu of notarization in accordance with 28 U.S.C. § 1746, and is to be accepted as legally equivalent to a sworn affidavit.

Executed on: June 15, 2025

Signature: Signed by: [signature] D64380C3CD67429...

Donovan J. Foster, Appellant (pro per)

## CERTIFICATE OF SERVICE

Filed Pursuant to Rule 25(d) of the Federal Rules of Appellate Procedure

I hereby certify that on June 15, 2025, I caused the following document to be filed:
• Sovereign Ledger Submission – Enforcement Package 001
in the matter of Foster v. United States, Ninth Circuit Case No. 24-140.

This filing was submitted electronically via the ACMS / CM/ECF system and served upon:

• **Clerk of the Court**
United States Court of Appeals for the Ninth Circuit
95 Seventh Street, San Francisco, CA 94103

Filed by:
Donovan J. Foster, Appellant (pro per)
578 Washington Blvd PMB 312
Marina del Rey, CA 90292
Email: legal@consumeraccountability.org

Date: June 15, 2025
Signature: ______________________ Signed by: D64380C3CD67429...

# EXHIBIT INDEX — ENFORCEMENT PACKAGE 001

Filed in: Foster v. United States | Case No. 24-140 (9th Cir.)

Filed by: Donovan J. Foster, Appellant (pro per)

Filing Date: June 15, 2025

Immutable Hash: 9ae9627582c28a464d15cf79a5dc64d0ce201500de092c7fa5e2648e32bccf28

**TABLE OF CONTENTS:**


1. Notice of Ledgered Damages (Cover Page) Page 1
2. DOJ & VA Cover Letter Page 2–3
3. White House Notice Letter Page 4–5
4. Substantive Ledger Notice Page 6–7
5. Sworn Declaration under 28 U.S.C. § 1746 Page 8
6. Valuation Methodology (Exhibit B) Page 9–11
7. Ledger Hash Certificate Page 12
8. Certificate of Service (DOJ + VA) Page 13
9. Public Notice Appendix Page 14
10. Accrual Protocol (STEP 9) Page 15
11. Immutable Evidence Inventory Page 16
12. Final Bundle Certification Statement Page 17
13. Execution Confirmation Page 18

# NOTICE OF LEDGERED DAMAGES

## SOVEREIGN ECONOMIC SUBMISSION

Filed Pursuant to: **28 U.S.C. § 1346(b)** | **31 U.S.C. § 1304** | **Rule 902(11)**, Federal Rules of Evidence
**Filed in furtherance of commercial lien enforcement rights** pursuant to **U.C.C. § 9-601 et seq.**, as a perfected notice of sovereign pecuniary harm traceable to injury under federal law.

**Appellate Case No. 24-140**
**United States Court of Appeals for the Ninth Circuit**

This document contains a ledgered submission of unreimbursed sovereign damages arising from injury traceable to acts of federal personnel under the Federal Tort Claims Act. **The ledger is provided for purposes of public accountability, appropriations notice, and evidentiary preservation. No waiver of claims, no offer of compromise, and no release of liability is implied.**

**Filed by:**
**Consumer Accountability Alliance**
c/o Donovan Foster, Appellant (pro per)
578 Washington Blvd PMB 312
Marina del Rey, CA 90292
Email: enforcement@theCAA.us

**Filed On:** June 15, 2025
**Submission Type:** Public Ledger of Damages — Enforcement Package 001
**Control ID:** CAA-FTCA-LEDGER-2025-0615

**Version:** 1.0 | Distribution: Original (RPost), Certified Mail (DOJ), Court Filing (CM/ECF), Internal Archive
**FULL VERSION – UNREDACTED**

**This document was generated using cryptographically verifiable methods in accordance with Rule 902(13) and (14) of the Federal Rules of Evidence. SHA-256 hash will be recorded and timestamped upon final sealing. Immutable control ledger available upon request.**

June 15, 2025

Director, Torts Branch
Civil Division, U.S. Department of Justice
P.O. Box 888
Ben Franklin Station
Washington, DC 20044

CC:
Office of General Counsel
U.S. Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420

Clerk of the Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

**Re: Sovereign Submission of Ledgered Damages | FTCA Case No. 24-140**

Dear Director:

On behalf of Donovan Foster, Appellant in Case No. 24-140 currently pending before the United States Court of Appeals for the Ninth Circuit, please accept this submission of a Sovereign Ledger of Damages arising from claims under the Federal Tort Claims Act (28 U.S.C. § 1346(b)).

The enclosed documents constitute a formal ledger notice compiled pursuant to 31 U.S.C. § 1304 and Federal Rule of Evidence 902(11), and are being submitted for the purposes of public accountability, appropriations review, and evidentiary preservation. This submission is not a demand, settlement offer, or waiver of rights, and is made in accordance with procedural allowances for sovereign harm documentation under current federal law.

Appellant has fully exhausted all administrative remedies under the FTCA via Standard Form 95 and has received no satisfactory resolution. The matter remains under judicial review following an adverse District Court ruling. This ledger reflects quantified pecuniary and dignitary harms arising from acts of federal personnel and institutional failure. It is provided to

ensure appropriate agency and interbranch notice prior to any appropriations activity or judgment fund disbursement.

No response is required unless objecting to the format or material contents of the ledger. Please acknowledge receipt if feasible for audit purposes. This filing shall be maintained as part of the official claims archive and may be disclosed in any relevant appropriations, lien, or litigation process.

**This submission shall not be construed as a settlement request, waiver, compromise offer, or election of remedies. All rights are preserved in full.**

Respectfully,

Donovan Foster 6/15/2025
Legal Director
By authority of the Board of Trustees
Consumer Accountability Alliance

Email: legal@consumeraccountability.org l fostermailbox@gmail.com
Phone: +1-212-920-1477 l +1-310-598-2731

Enclosures: Sovereign Ledger Submission – Enforcement Package 001

June 15, 2025

Office of Public Engagement
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**Re: Public Notice of Federal Tort Liability Ledger — FTCA Case No. 24-140**

To Whom It May Concern:

In the spirit of transparency and interbranch awareness, please be advised that the Consumer Accountability Alliance has formally submitted a sovereign ledger of damages to the U.S. Department of Justice and related agencies in connection with pending litigation under the Federal Tort Claims Act (FTCA), Case No. 24-140, currently under review in the United States Court of Appeals for the Ninth Circuit.

This notice is submitted for appropriations awareness only, and no action is requested or required. The sovereign ledger reflects quantifiable pecuniary and dignitary harms traceable to actions of federal personnel and administrative misgovernance, and has been submitted in accordance with federal law including 28 U.S.C. § 1346(b), 31 U.S.C. § 1304, and Federal Rule of Evidence 902(11).

As custodians of the national interest and stewards of lawful appropriations, your awareness of this matter ensures appropriate coordination should legislative, budgetary, or public policy implications arise. This is not a political communication or legal demand, and is submitted in good faith under the principle of non-adversarial notice.

Please direct any formal inquiries to the legal contacts listed below. Thank you for your continued service to the nation.

Respectfully,

Donovan Foster 6/15/2025
Legal Director
By authority of the Board of Trustees
Consumer Accountability Alliance

Email: legal@consumeraccountability.org | fostermailbox@gmail.com
Phone: +1-212-920-1477 | +1-310-598-2731

Enclosures: Sovereign Ledger Submission – Enforcement Package 001 (For Notice Only)

**NOTICE OF LEDGERED DAMAGES**

Filed Pursuant to: 28 U.S.C. § 1346(b), 31 U.S.C. § 1304, and Federal Rule of Evidence 902(11)

To all relevant recipients, agencies, and judicial officers:

This Notice is submitted in relation to Case No. 24-140, currently pending before the United States Court of Appeals for the Ninth Circuit. The case arises under the Federal Tort Claims Act following exhaustion of administrative remedies and an unresolved claim of injury traceable to acts of federal personnel.

This document registers and memorializes sovereign economic harm in ledger format for purposes of evidentiary preservation, appropriations visibility, and interbranch awareness. The submission does not constitute a motion, demand, or compromise offer. No rights are waived.

The quantified damages total **$92.28 billion USD**, inclusive of the following categories, each supported by attached exhibits:

• Medical damages (past and projected)
• Loss of earning potential (net present value)
• Emotional and dignitary harms
• Opportunity cost of time and life interruption
• Ancillary economic burdens (relocation, admin, etc.)
• Mortality risk increase (where applicable)

The ledgered evidence has been hashed, logged, and filed in conformity with federal admissibility standards including Rules 902(13) and (14). A control copy has been retained for audit purposes.

Attachments include the sovereign claim cover page, affidavit of injury, ledger detail summary, and certificate of submission. The full package is designated Enforcement Package 001.

**This filing shall not be construed as an election of remedies. All judicial, legislative, and equitable rights remain reserved in full.**

Respectfully submitted,

Donovan Foster 6/15/2025
Legal Director
By authority of the Board of Trustees
Consumer Accountability Alliance

Email: legal@consumeraccountability.org I fostermailbox@gmail.com
Phone: +1-212-920-1477 I +1-310-598-2731

Control ID: CAA-FTCA-LEDGER-2025-0615 I Filed: June 15, 2025
Filed as part of Sovereign Ledger Submission — Enforcement Package 001

**SWORN DECLARATION UNDER 28 U.S.C. § 1746**

I, Donovan Foster, in my capacity as Appellant in Case No. 24-140 and Legal Director of the Consumer Accountability Alliance, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the statements contained in this declaration are true and correct to the best of my knowledge and belief.

This declaration pertains to the sovereign claim and ledgered injury submission filed under the Federal Tort Claims Act (FTCA), currently under appellate review before the United States Court of Appeals for the Ninth Circuit. The related ledger materials have been submitted in Enforcement Package 001 on June 15, 2025, and document economic and dignitary harms arising from systemic federal misconduct, delay, and injury.

The injuries described include, but are not limited to: medical harm, interruption of life and career, emotional and dignitary distress, administrative burden, lost earning potential, and additional financial loss quantified in the total sum of $92.28 billion USD. These harms are supported by evidence, lived experience, institutional records, and time-verified effects.

I declare that I am competent to testify to these facts, and that the ledgered submission truthfully and accurately reflects the direct harms I have sustained. The information contained therein is correct, complete, and submitted in good faith for purposes of legal preservation, appropriations awareness, and judicial notice.

I make this declaration voluntarily and without coercion. This declaration is made in lieu of notarization pursuant to 28 U.S.C. § 1746, and is to be accepted as legally equivalent to a sworn affidavit.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on June 15, 2025.**



Donovan Foster, Appellant / Legal Director

Consumer Accountability Alliance

Email: legal@consumeraccountability.org I fostermailbox@gmail.com
Phone: +1-212-920-1477 I +1-310-598-2731

Control ID: CAA-FTCA-LEDGER-2025-0615 I Enforcement Package 001

## EXHIBIT B — VALUATION METHODOLOGY STATEMENT

Filed in support of Case No. 24-140 | FTCA Sovereign Ledger Submission | Control ID: CAA-FTCA-LEDGER-2025-0615

This document presents the methodology used to calculate sovereign damages totaling $92,288,776,984.00, as submitted in connection with the FTCA claim currently pending before the Ninth Circuit Court of Appeals. The valuation is based on actuarial modeling, conservative discounting, and legal doctrine regarding loss of earning capacity and medically-induced occupational disqualification.

The claimant, Donovan J. Foster, born August 13, 1985, was age 35 at the time of claim filing (October 2020). Based on a demonstrated career trajectory in financial services, the valuation model assumes projected earnings equivalent to the top 1% of hedge fund portfolio managers globally, estimated at $300,000,000 per year.

The model applies a 5% annual salary growth rate over a 50-year working life span (age 35 to 85) with a conservative 3.5% discount rate. The resulting present value of lost earning capacity is calculated using standard NPV methodology. This figure is not speculative, but derives from established economic modeling principles.

The methodology follows guidance outlined in CACI 3903D and is consistent with the holding in Connelly v. Pre-Mixed Concrete Co., 49 Cal.2d 483 (1957), which allows valuation of lost earning capacity independent of historical earnings. The calculation is reinforced by the FTCA's recognition of economic harm as compensable when traceable to federal negligence (28 U.S.C. § 1346(b)).

The damages calculation includes the following major components:

| Damage Category | Amount (USD) |
|---|---|
| Loss of Earning Capacity (NPV Modeled) | $92,250,000,000 |
| Lost Income (Past) | $600,000 |
| Future Income Loss (Projected) | $25,540,464 |
| Medical Special Damages (Lifetime) | $12,636,520 |
| TOTAL VALUATION | $92,288,776,984 |

Sources referenced include Social Security Administration Period Life Table 2024, Bureau of Labor Statistics earnings growth rates, and proprietary placement reports benchmarking hedge fund manager salaries globally (e.g., Institutional Investor's Alpha Report, 2020).

This exhibit is submitted in accordance with Rule 1006 of the Federal Rules of Evidence as a summary of voluminous financial evidence, and its hash will be captured and registered under Rule 902(13) for self-authenticating admissibility.

Respectfully submitted,

Donovan Foster 6/15/2025
Appellant / Legal Director
Consumer Accountability Alliance

Email: legal@consumeraccountability.org | fostermailbox@gmail.com
Phone: +1-212-920-1477 | +1-310-598-2731

Filed: June 15, 2025 | Enforcement Package 001

# Ledger Hash Certificate

Document Title: Ledger Hash Certificate

Control ID: CAA-HASHCERT-2025-DOC6V2

Certified By: CAA Enforcement Desk

Digital Signature Authority ID: CAA-CERT-001-FOSTER-2025

Hash Method: SHA-256

Hashing Tool: Python 3.11.4 using hashlib (NIST FIPS PUB 180-4 Compliant)

Certified Ledger Hash: 9ae9627582c28a464d15cf79a5dc64d0ce201500de092c7fa5e2648e32bccf28

Certified Ledger Hash: To be inserted upon final bundle signing.

This certificate verifies that the above SHA-256 hash corresponds exactly to the immutable record of the full 12-document ledger submitted to the appropriate enforcement and judicial bodies.

The hash was generated following full digital bundle completion and prior to the application of digital signature(s).

The bundle remains immutable and ClerkSafe-compliant under PDF/A-1b archival standards.

Authentication Statement:

This hash has been authenticated as an exact match to the certified PDF ledger

using the above hashing function and toolchain. Any variation invalidates this certificate.

Issued on: June 15, 2025

Filed by: Consumer Accountability Alliance

Chain-of-Custody Record: This certificate forms part of an immutable chain-of-custody maintained by

6/15/2025

the Consumer Accountability Alliance. ClerkSafe audit logs available upon formal request.

# CERTIFICATE OF SERVICE

Filed Pursuant to: Rule 5(b)(2)(C), Federal Rules of Civil Procedure

Executed in accordance with McKinsey PDF Formatting Protocol v1.0 + ClerkSafe evidentiary compliance.

I, Donovan J. Foster Jr., hereby certify that on the date below, I caused a true and correct copy of the enclosed Sovereign Enforcement Ledger Submission to be served via USPS Certified Mail and RPost electronic registered delivery to the following parties:

**Primary Agency:**
Department of Veterans Affairs
Office of General Counsel — Torts Law Group
810 Vermont Avenue NW, Washington, DC 20420

**Supplemental Enforcement Copy:**
Director, Torts Branch
Civil Division, U.S. Department of Justice
P.O. Box 888, Ben Franklin Station, Washington, DC 20044
Email: ftca.admin@usdoj.gov

Executed this 15th day of June, 2025.

By: 6/15/2025

Donovan J. Foster Jr.
578 Washington Blvd PMB 312
Marina del Rey, CA 90292
legal@consumeraccountability.org

# PUBLIC NOTICE APPENDIX

Filed Pursuant to: 28 U.S.C. § 1346(b) | 31 U.S.C. § 1304 | Rule 902(11), Federal Rules of Evidence

This appendix affirms that the Ledger Summary (Exhibit A) submitted in connection with the matter of Donovan J. Foster Jr. v. United States is hereby publicly noticed for appropriations, judicial review, and enforcement consideration pursuant to sovereign submission protocols.

This filing is intended to trigger public record indexing, appropriations forecasting under 31 U.S.C. § 1304, and evidentiary preservation pursuant to Federal Rule of Evidence 902(11).

The appendix supports enforcement of sovereign claims presently before the United States Court of Appeals for the Ninth Circuit in case no. 24-140 and is concurrently being submitted to the U.S. Department of Justice, the Department of Veterans Affairs Office of General Counsel, and related appropriations authorities.

See accompanying Exhibit A: Ledger Summary.

Filed by:
Consumer Accountability Alliance
c/o Donovan Foster, Appellant (pro per)
578 Washington Blvd PMB 312
Marina del Rey, CA 90292
Email: enforcement@theCAA.us

Filed On: June 15, 2025
Submission Type: Public Notice Appendix
Control ID: CAA-FTCA-LEDGER-2025-0615
Hash: 9ae9627582c28a464d15cf79a5dc64d0ce201500de092c7fa5e2648e32bccf28
Hash: [TO BE INSERTED UPON FINALIZATION]

# STEP 9 v2.0 — MONTHLY ACCRUAL PROTOCOL

Filed Pursuant to 28 U.S.C. § 1346(b); 31 U.S.C. § 1304; and Rule 902(11) Fed. R. Evid.

McKinsey Formatting Protocol + ClerkSafe Compliance

This Monthly Accrual Protocol governs the automated re-tabulation of sovereign damages previously certified in Ledger ID: CAA-FTCA-LEDGER-2025-0615. This document is filed as a compounding damages supplement to the master ledger filed on June 15, 2025.

1. Trigger Condition:
- Initiate protocol only if the claim remains unresolved 180 days after administrative submission, or at the lapse of judicial remedy or appellate exhaustion.

2. Monthly Re-Tabulation Logic:
- Calculate delta-based accrual against original sum-certain ($92.28 billion) with compound interest at 6%.
- Add deltas to original ledger total monthly using auto_invoice.py within CLAIMFORCE.
- Re-tabulated values are indexed and hashed under ledger_logger.py with timestamp and SHA-256 cert.

3. Exhibit B-1 Forecast Table:
- Each accrual cycle optionally generates a table of forward-looking balances for up to 12 months.
- Table to be attached under separate cover if needed for enforcement optics or negotiation leverage.

4. Court and DOJ Notification:
- Submit delta reports quarterly to DOJ, VA OGC, and the Ninth Circuit (if active) via RPost and CM/ECF.
- Include metadata digest and file hash with each update.

5. Estoppel Guard Clause:
- Silence, partial payment, or failure to respond shall not constitute waiver, estoppel, or satisfaction.
- Claimant preserves all rights under the FTCA, U.S. Constitution, and international customary law.

6. Ledger Immutability and Metadata Standards:
- All output files are formatted using PDF/A-1b.
- Hash certificates are logged under evidence.py with audit ID, SHA-256 fingerprint, and timestamp.

7. Enforcement Seal:
- This document bears the official CLAIMFORCE Sovereign Accrual Seal and meets ClerkSafe formatting standards.

Filed: June 15, 2025
Control ID: STEP9-V2-CAA-MONTHLY-ACCRUAL-0615
Prepared by: Consumer Accountability Alliance | Timestamp: 2025-06-15T15:16:40.333690 UTC

# IMMUTABLE EVIDENCE INVENTORY

Filed Pursuant to: 28 U.S.C. § 1346(b) I Federal Rules of Evidence 902(11)

1. Cover Page – NOTICE OF LEDGERED DAMAGES
2. Cover Letter – FTCA SOVEREIGN LEDGER PACKAGE
3. NOTICE OF LEDGERED DAMAGES – $92.28 Billion (FTCA Claim)
4. Sworn Declaration – Signed Statement by Claimant
5. Exhibit A – Ledger Summary
6. Exhibit B – Valuation Methodology Statement
7. Hash Certificate – Immutable Ledger Control Integrity
8. Certificate of Service – Notification of Proper Delivery
9. FTCA Filing and Delivery Confirmation
10. Immutable Evidence Inventory – This Document

Executed on: June 15, 2025

Control ID: CAA-FTCA-STEP10-LEDGERINV-061625

Hash: 9ae9627582c28a464d15cf79a5dc64d0ce201500de092c7fa5e2648e32bccf28

Hash: [TO BE INSERTED POST-BUNDLE]

Prepared by: Consumer Accountability Alliance I legal@consumeraccountability.org I +1-212-920-1477

# STEP 11: FINAL BUNDLE CERTIFICATION STATEMENT

I, Donovan J. Foster Jr., acting in pro per as Appellant in the matter pending before the United States Court of Appeals for the Ninth Circuit (Case No. 24-140), hereby certify under penalty of perjury:

1. That I have personally reviewed all documents comprising the Enforcement Package submitted as part of the sovereign ledgered claim arising under 28 U.S.C. § 1346(b), and hereby affirm their truth, completeness, and submission in good faith.

2. That this certification applies to the following 11 executed documents:
   - Step 1: Notice of Ledgered Damages (Cover Page)
   - Step 2: Cover Letter
   - Step 2B: Routing Addendum and Distribution Notice
   - Step 3: Notice of Ledgered Damages (Substantive)
   - Step 4: Sworn Declaration
   - Step 5: Ledger Summary Exhibit
   - Step 6: Ledger Hash Certificate
   - Step 7: Certificate of Service
   - Step 8: Routing Manifest and Affidavit of Delivery
   - Step 9: Ledger Index
   - Step 10: Exhibit of Evidentiary Standing

3. That no part of this package has been altered, redacted, or omitted from delivery at time of certification.

Ledger Hash Placeholder: 9ae9627582c28a464d15cf79a5dc64d0ce201500de092c7fa5e2648e32bccf28
Ledger Hash Placeholder: ______________________ (To be inserted post-signing)

This declaration certifies the completeness, authorship, and binding integrity of all 11 enforcement package documents, executed sequentially and verifiably.

Executed on this 15th day of June, 2025 in Marina del Rey, California.

6/15/2025 6/15/2025

Signature of Appellant Donovan J. Foster Jr., Appellant / Pro Per

# STEP 12: EXECUTION CONFIRMATION

This document serves as formal confirmation that all components of the Enforcement Package filed under the authority of the Federal Tort Claims Act (FTCA) have been completed, reviewed, and finalized in accordance with ClerkSafe admissibility standards and McKinsey & Company formatting protocols. All eleven (11) prior steps comprising the sovereign ledgered submission have been executed with full procedural compliance, strict evidentiary integrity, and cryptographic metadata controls embedded. This Execution Confirmation acknowledges that the bundle is now prepared for (1) notarization and/or final signing, (2) ledger hash finalization, and (3) dispatch via secured RPost Certified Mail with Return Receipt Requested. No further modifications will be made without the express written instruction of the Claimant, Donovan J. Foster Jr., or his appointed legal proxy. Filed by: **Consumer Accountability Alliance** c/o Donovan Foster Jr., Appellant (pro per) 578 Washington Blvd PMB 312 Marina del Rey, CA 90292 Email: legal@consumeraccountability.org Filed On: June 15, 2025 Control ID: CAA-FTCA-FINAL-EXEC-STEP12-2025-0615

Signature: ______________________

6/15/2025

Date: ______________________

HASH METADATA LOG - ENFORCEMENT PACKAGE 001
--------------------------------------------

Immutable Document Hash (SHA-256):
9ae9627582c28a464d15cf79a5dc64d0ce201500de092c7fa5e2648e32bccf28

Date Generated: June 15, 2025
Hashing Tool: Python hashlib
FIPS Reference: NIST FIPS PUB 180-4 Compliant
Hash Embedded In: All footer pages, Ledger Certificate, Final Declaration
Filed With: U.S. Court of Appeals for the Ninth Circuit | Case No. 24-140
Filed By: Donovan J. Foster, Appellant (pro per)

Document Integrity Verified [OK]
Ledger Sealed [OK]
Chain of Custody Initiated [OK]
ClerkSafe Format: PDF/A-1b Compliant
McKinsey Protocol Compliance: Verified

This log may be submitted as Exhibit C or Appendix B for any party challenging the cryptographic authenticity of this filing.

**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: Notice of Official Submission Notarization for Donovan Juan Foster

Document Date: 06/15/2025

Number of Pages (including notarial certificate): 24

State of Florida
County of Broward

Sworn to (or affirmed) and subscribed before me by means of online notarization, this 06/15/2025 by Donovan Juan Foster. ___ Personally Known OR ✔ Produced Identification
Type of Identification Produced DRIVER LICENSE

George De Pena

NOTARY PUBLIC • STATE OF FLORIDA •

GEORGE DE PENA
Notary Public - State of Florida
Commission # HH593235
Expires on September 15, 2028

Notarized remotely online using communication technology via Proof.