July 7, 2025

Via CM/ECF ACMS or Certified Mail
Clerk of Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Re: Foster v. United States, Case No. 24-140
Motion to Supplement the Record or for Judicial Notice

Dear Clerk of Court:

Please find enclosed for filing the following documents in the above-captioned matter:

1. Motion to Supplement the Record or in the Alternative Request for Judicial Notice
2. Exhibit A – Government Claim Filed with the State of California (July 4, 2025)
3. [Proposed] Order
4. Certificate of Service

These materials are submitted to inform the Court of a directly related $93,050,000,000 state-level claim now pending against the State of California concerning the illegal imposition of a "Protected Adult" status on

the undersigned appellant, which continues to impair federal court access, reputational standing, and claim monetization potential.

Please file these documents accordingly and notify me if further action is required. Thank you for your assistance.

Respectfully,

/s/ Donovan J. Foster
Donovan J. Foster
Legal Director and Chairman, Consumer Accountability Alliance
8383 Wilshire Blvd, #800
Beverly Hills, CA 90211
legal@consumeraccountability.org
Tel: (310) 598-2731

# MOTION FOR JUDICIAL NOTICE OR, IN THE ALTERNATIVE, TO SUPPLEMENT THE RECORD; REQUEST FOR EXPEDITED DETERMINATION

Case No. 24-140 – U.S. Court of Appeals for the Ninth Circuit

Appellant Donovan J. Foster respectfully moves the Court to take judicial notice under Federal Rule of Evidence 201 and Ninth Circuit Rule 27-1 of the Government Claim he filed on July 4 2025 with the California Department of General Services (“DGS”). In the alternative—only if the Court deems Rule 201 inapplicable—Appellant moves under Federal Rule of Appellate Procedure 10(e) to supplement the record.

## I. FACTS AND PROCEDURAL POSTURE

1. On 4 July 2025 Appellant lodged a Government Claim with DGS alleging that California, through Adult Protective Services (“APS”),

unlawfully flagged him as a “Protected Adult,” thereby stripping him of legal capacity, reputational standing, and access to federal relief.

2. The DGS filing is a matter of public record subject to disclosure under the California Public Records Act (Gov’t Code §§ 6250 et seq.) and is attached as Exhibit A.

3. The designation at issue remains in effect, continues to block financial and legal corridors, and directly intersects with the Federal Tort Claims Act (FTCA) causes now before this Court.

## II. ARGUMENT

### A. Judicial Notice Is the Proper Vehicle (FRE 201)

A court may judicially notice a fact or record that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FRE 201(b)(2).

Public administrative records qualify. Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001); Disabled Rights Action Comm. v. Las Vegas Events, Inc., 375 F.3d 861, 866 n.1 (9th Cir. 2004). The attached Government Claim (a) originates from a California agency; (b) bears the agency's timestamp; and (c) is obtainable under CPRA. Accordingly, it is "not subject to reasonable dispute" and is eligible for judicial notice.

**B. Alternatively, the Court May Supplement the Record (FRAP 10(e))**

Should the Court determine that Rule 201 does not apply, supplementation is proper under FRAP 10(e)(2)(C) when a document "is material" and "is otherwise necessary" for a full and fair consideration of the issues. The claim demonstrates ongoing, state-created barriers that amplify the FTCA harms and therefore illuminates questions already briefed.

### C. Relevance to the Pending Appeal

The state designation impedes Appellant's economic recovery, professional trajectory, and credibility—issues already raised in the opening and reply briefs (see Opening Br. at [page cites]; Reply Br. at [page cites]). The Government Claim evidences:

- Continuing interference with Appellant's access to federal remedies;
- Compounding reputational and economic damage; and
- A concrete monetary measure of that damage, supporting the requested relief.^1

### D. Need for Expedited Consideration

Because the APS flag remains active and continues to harm Appellant's earning capacity, he respectfully requests expedited determination under

Ninth Circuit Rule 27-1(5). Resolution will streamline any forthcoming mediation or merits disposition and avoid needless supplemental briefing.

## III. CONCLUSION

For the reasons above, Appellant prays that the Court:

1. Grant judicial notice of Exhibit A;
2. Alternatively, supplement the record under FRAP 10(e); and
3. Rule on this motion within 14 days to mitigate ongoing prejudice.

Dated: July 7 2025

Respectfully submitted,

/s/ Donovan J. Foster
Donovan J. Foster

578 Washington Blvd PMB 312

Marina Del Rey, CA 90292

fostermailbox@gmail.com

1-212-920-1477

**Footnote 1**

^1 The aggregate claim value—USD 93.05 billion—derives chiefly from a lost-earning-capacity analysis (USD ≈ 92 billion) consistent with Appellant's documented "next-Buffett" career path, supplemented by consequential damages. The figure is supplied for context; the Court need not evaluate its merits at this stage.

# [PROPOSED] ORDER GRANTING MOTION TO SUPPLEMENT THE RECORD OR IN THE ALTERNATIVE FOR JUDICIAL NOTICE

Upon consideration of Appellant's Motion to Supplement the Record or, in the Alternative, Request for Judicial Notice of the Government Claim filed with the State of California,

IT IS HEREBY ORDERED that:

The motion is GRANTED. The document titled "Government Claim Filed with California Department of General Services – July 4, 2025" is accepted into the record in Case No. 24-140 and deemed part of the Court's materials for consideration.

Dated: ___________, 2025
BY THE COURT:

________________________________

Judge, United States Court of Appeals
for the Ninth Circuit

**CERTIFICATE OF SERVICE**

I, Donovan J. Foster, certify that on July 7, 2025, I served the foregoing:

- Motion to Supplement the Record or in the Alternative Request for Judicial Notice
- Exhibit A – Government Claim Filed July 4, 2025
- [Proposed] Order
- Cover Letter

by electronic CM/ECF ACMS all registered participants are forthwith served.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 7th day of July, 2025
/s/ Donovan J. Foster
Donovan J. Foster
fostermailboxes@gmail.com

EXHIBIT A

GOVERNMENT CLAIM FILED WITH CALIFORNIA DEPARTMENT OF GENERAL SERVICES

SERVED JUNE 24, 2025

RE: ILLEGAL "PROTECTED ADULT" STATUS – TOTAL CLAIM: $93,050,000,000

**COVER EMAIL**

To GovernmentClaims@dgs.ca.gov

Cc ADA.Coordinator@dgs.ca.gov; claims@doj.ca.gov; legal@consumeraccountability.org

Subject Original Government Claim — Illegal "Protected-Adult" Status • $93 B Sovereign-Ledger Liability | Foster v. State of California

Dear Government Claims Program Administrator,

Pursuant to Gov't Code §§ 910–912.4, 910.4(c), 915(a); the Paperwork Reduction Act; and ADA Title II, I

1. submit the enclosed Original Government Claim (Attachment 1);
2. demand immediate entry of a $93,050,000,000 contingent liability on the State's sovereign ledger (Attachment 1 § VI); and
3. request waiver of the $25 filing fee (Attachment 2).

A courtesy copy is simultaneously served on the California Attorney General (claims@doj.ca.gov) under § 915(a).

Within three (3) business days (Gov't Code § 11003) please

• acknowledge receipt; • issue the Claim Number; • confirm the § 912.4 clock began 4 Jul 2025; • confirm fee waiver (or cite authority for denial); • send all correspondence in PDF by email.

This email triggers a CPRA litigation hold (Gov't Code §§ 6250–6276). If electronic acceptance is not confirmed by 11 Jul 2025, certified-mail hard-copies will follow.

/s/ Donovan J Foster

838 Wilshire Blvd., #800, Beverly Hills CA 90211 • (310) 598-2731 • legal@consumeraccountability.org

Attachments PDF: 1. Claim 2. Fee-Waiver / ADA Request

**ATTACHMENT 1 — ORIGINAL GOVERNMENT CLAIM**

Claimant

Name Donovan J Foster | 838 Wilshire Blvd., #800, Beverly Hills CA 90211 | (310) 598-2731 | legal@consumeraccountability.org

Respondent Public Entity

State of California (acting by and through CDSS-APS, DHCS, and OSHPD).

Date, Place & Circumstances (Gov't Code § 910(c)–(d))

Beginning 24 Jan 2025 and continuing, the State—without notice, hearing, statutory authority, or HIPAA consent—flagged me as a "Protected Adult / Conservatee" in the APS Client Tracking System and propagated that flag statewide via CLETS. The diagnosis invoked is not recognized by statute. My family has ample resources to assist me; the State acted only to seize control of anticipated federal proceeds.

Names of Public Employees (§ 910(e))

The specific employees who entered or propagated the flag are presently unknown and will be identified through discovery; liability is therefore asserted against the State under Gov't Code §§ 815.2 & 820(a).

Damages (§ 910(f)–(g))

| Category | Amount (USD) | Basis — best of my knowledge & belief |
|---|---|---|
| FTCA receivable obstruction | 1 000 000 000 | federal-court settlement path blocked |
| Loss of earning capacity (reputational destruction) | 92 000 000 000 | false status poisoned reputation, closed institutional access, halted Juggernaut O/S monetization |
| Emotional distress | 50 000 000 | PTSD aggravation & humiliation |
| Total | 93 050 000 000 | rounded |

Legal Bases

Gov't Code §§ 815.2, 820(a); Prob. Code §§ 1801, 1821; Welf. & Inst. Code § 5350; HIPAA 42 U.S.C. § 1320d-6; ADA TitleNo II; 42 U.S.C. § 1983; Civ.

Code § 52.1; Lueter v. State (2002) 94 Cal.App.4th 1285; Connell v. Steel Haulers (1985) 163 Cal.App.3d 1122; CACI 3903D.

Sovereign-Ledger Demand (§ 965; GASB 10)

Record a $93,050,000,000 contingent liability effective 4 Jul 2025; failure to do so constitutes accounting fraud and concealment of State obligations.

Verification

I declare under penalty of perjury, to the best of my knowledge and belief, that the foregoing is true and correct.

/s/ Donovan J Foster

838 Wilshire Blvd., #800, Beverly Hills CA 90211 • (310) 598-2731 • legal@consumeraccountability.org

2 July 2025

**ATTACHMENT 2 — FEE-WAIVER & ADA ACCOMMODATION REQUEST**

Waiver Grounds First-Amendment / § 1983 chilling; ADA PTSD barrier; State-caused financial freeze.

Accommodation PDF/email filing; waiver or deferral of $25; response in three business days; start interactive ADA process (28 C.F.R. § 35.130).

I declare, to the best of my knowledge and belief, that the above is true and correct.

/s/ Donovan J Foster

2 July 2025

FedEx

July 07, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 882247341265

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | L.CLARK | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Adult Signature Required | | WEST SACRAMENTO, CA, |
| | | **Delivery date:** | Jun 24, 2025 09:31 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 882247341265 | **Ship Date:** | Jun 23, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

WEST SACRAMENTO, CA, US,

**Shipper:**

WEST HOLLYWOOD, CA, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx