# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CASE NO. 24-140

## RESPONSE AND SUPPLEMENTAL NOTICE OF CONTINUING PROXIMATE LIABILITY

Filed by: Donovan J. Foster

Mailing Address: 8383 Wilshire Blvd, Suite 800, Beverly Hills, CA 90211

Phone: (212) 920-1477 | Email: legal@consumeraccountability.org

This filing is submitted as a new, standalone supplemental notice in Case No. 24-140, due to constraints in amending prior docketed materials. Appellant respectfully requests that the enclosed be docketed as a procedural continuation of prior formal notices, specifically reaffirming federal and state proximate liability arising under the FTCA and California DNP misconduct regime.

# RESPONSE AND SUPPLEMENTAL NOTICE OF CONTINUING PROXIMATE LIABILITY

(Federal Tort Claims Act Negligence + State of California DNP Misconduct)

TO:

Tia C. Williams

Legal Assistant, Office of General Counsel – National Torts Law Group

U.S. Department of Veterans Affairs

Tia.Williams@va.gov

CC:

Office of the Attorney General – Tort Litigation Division, California DOJ

Mr. Christopher J. Meade, General Counsel – BlackRock, Inc.

Jessica Cheh, Assistant United States Attorney

U.S. Attorney's Office, Central District of California

300 North Los Angeles Street, Suite 7516

Los Angeles, CA 90012

FROM:

Donovan J. Foster

Legal Director and Chairman – Consumer Accountability Alliance

DATE: July 8, 2025

RE: Reaffirmation of Proximate Liability, Unlawful DNP-Induced Financial Distress, and Ongoing Federal & State Negligence Damages

CLAIM REF: GCL 484556

JUDICIAL DOCKET: U.S. Ninth Circuit Court of Appeals, Case No. 24-140

Dear Ms. Williams:

This correspondence is a formal rebuttal and expansion of your July 8, 2025 "Pre-Decisional" notice and reiterates the ongoing, legally enforceable obligations of the Department of Veterans Affairs (VA) and the State of California stemming from previously acknowledged medical negligence. As detailed in the July 7, 2025 "Formal Notice of Proximate Liability," this matter is directly related to federal claim GCL 484556, now under active judicial review in Ninth Circuit Case No. 24-140.

Your July 8 reply fails to engage the substance of the legal duty triggered when the VA admitted fault—specifically, the mishandling and/or loss of service medical records that eliminated the window for timely diagnosis and treatment of a now permanent condition.

## 1. CONTINUING LIABILITY IS ACTIVE AND ACCRUING

The VA and its counsel are now on actual and constructive notice that:

1. The agency's admitted negligence is the proximate cause of irreversible harm.
2. The VA's continued refusal to fund necessary treatment constitutes compounding injury, triggering both federal and state exposure.
3. This liability is governed under:
    - FTCA, 28 U.S.C. §§ 1346(b), 2671–2680
    - Restatement (Second) of Torts § 435
    - California and federal doctrines of proximate cause, foreseeability, and duty to mitigate (Palsgraf; Tarasoff).

**Additional Liability: State of California – DNP Misconduct**

The State of California is further placed on formal notice that its issuance of "Do Not Pay" (DNP) designations—under color of law and without due process—has foreseeably and unlawfully induced financial distress, directly interfering with access to necessary medical care. These flags were not triggered by misconduct but by unrelated, speculative volunteer affiliations. This constitutes unconstitutional obstruction of essential care and places the State in joint and several liability with the federal tort already acknowledged.

## 2. REJECTION OF DEFLECTION AND DELAY

The July 8 form letter directing me to file a new SF-95 ignores both:

- The VA's prior admission of record-handling negligence, and

- My formal demand for care linked to that acknowledged breach.

The Formal Notice of Proximate Liability served July 7, 2025, constituted a trigger event. Your office is required to mitigate harm—not bypass its legal duty via procedural redirection. That failure is now itself part of the evidentiary record.

## 3. RECORD CLARIFICATION & MANDATORY RESPONSE

Let the record reflect:

- Any continued denial of treatment or avoidance of remedial action will be construed as deliberate indifference and bad-faith delay, exposing your offices to punitive damages and equitable sanctions.

- This matter is now part of the judicial record in Case No. 24-140 and subject to court-ordered discovery, evidentiary preservation, and potential sanctions for spoliation.

## 4. NOTICE OF PUBLIC DISCLOSURE & ESCALATING RISK

A formal press release was issued July 7, 2025, notifying the public and media of the admitted negligence, state misconduct, and resulting harm. Institutional investors and oversight bodies have been copied. Any additional delay now risks reputational blowback and exponential liability multiples under public scrutiny.

## 5. FORMAL DEMAND FOR CORRECTIVE ACTION (RESPONSE REQUIRED WITHIN 5 BUSINESS DAYS)

You are hereby directed to:

1. Immediately authorize and fund all diagnostic and corrective care arising from the VA's admitted fault.
2. Rescind the DNP designation and notify all relevant state and federal databases.
3. Issue formal memoranda correcting both federal and state agency errors.
4. Initiate good-faith settlement discussions covering direct, derivative, and reputational damages.

Respectfully submitted,

/s/ Donovan J. Foster

Donovan J Foster

legal@consumeraccountability.org | (212) 920-1477

8383 Wilshire Blvd, Suite 800, Beverly Hills, CA 90211

Attachments:

• July 7, 2025 Formal Notice of Proximate Liability (reaffirmed)

• Press Release (July 7, 2025)

• Email confirmation of delivery

**Litigation hold is now active. All correspondence and records must be preserved without alteration or deletion.**

# CERTIFICATE OF SERVICE

I, Donovan J. Foster, hereby certify that on July 13, 2025, I electronically submitted the foregoing 'Response and Supplemental Notice of Continuing Proximate Liability' in Case No. 24-140 via the Court's Appellate Case Management System (ACMS). A true and correct copy of this filing was also served by email upon the following parties:

- Tia C. Williams - Legal Assistant, U.S. Department of Veterans Affairs
  Email: Tia.Williams@va.gov

- Jessica Cheh - Assistant U.S. Attorney, U.S. Attorney's Office, Central District of California
  Email: Jessica.Cheh@usdoj.gov

- Tort Litigation Division - Office of the Attorney General, State of California

- Mr. Christopher J. Meade - General Counsel, BlackRock, Inc.

Executed on July 13, 2025.

Respectfully submitted,

/s/ Donovan J. Foster

Donovan J. Foster
legal@consumeraccountability.org
8383 Wilshire Blvd, Suite 800
Beverly Hills, CA 90211