**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**DONOVAN J. FOSTER**,

Petitioner–Appellant,

v.

**UNITED STATES OF AMERICA**,

Respondent–Appellee.

| Case No. 24-140 |

# NOTICE OF ADDRESS CONFIRMATION AND AFFIRMATION OF CONTINUING PRESENCE IN NINTH CIRCUIT JURISDICTION

*(Filed Pursuant to FRAP 25(b), 27(a), Ninth Circuit Rule 27-1, and 28 U.S.C. § 1294(1))*

To the Honorable Judges of the United States Court of Appeals for the Ninth Circuit:

Petitioner–Appellant **Donovan J. Foster**, appearing *pro se*, respectfully submits this **Notice of Address Confirmation and Affirmation of Continuing Presence in Ninth Circuit Jurisdiction** in the above-captioned matter.

This filing supersedes all prior address notices and is submitted in compliance with **Federal Rule of Appellate Procedure 25(b)** and **Ninth Circuit Rule 27-1**, and to

affirm the continued propriety of jurisdiction and venue in this Court pursuant to **28 U.S.C. § 1294(1)**.

## I. PHYSICAL ADDRESS FOR SERVICE AND COURT RECORDS

Appellant confirms the following physical address for legal service, notice, and all formal Court communications:

**Donovan J. Foster**

8383 Wilshire Blvd, Suite 838

Beverly Hills, CA 90211

**Email:** legal@consumeraccountability.org

**Phone:** (212) 920-1477

This address is lawfully secured through a professional business services agreement. It is monitored daily, and Appellant has lawful access to all legal correspondence delivered there. This location serves as Appellant's official legal contact address for all proceedings before this Court.

## II. CONTINUED NINTH CIRCUIT JURISDICTION

Appellant respectfully affirms that jurisdiction and venue remain properly vested in the Ninth Circuit. Specifically:

1. Appellant **resided in the State of California** at the time this matter gave rise to a federal claim;

2. The alleged harms originated in **New York**, but continued and matured in **California**, within this Circuit;

3. The present appeal stems from injuries experienced within the territorial jurisdiction of the Ninth Circuit, creating a **direct and substantial nexus** with this Court;

4. Appellant's ongoing physical and legal presence within California remains valid and continuous, further anchoring jurisdiction.

Appellant incorporates by reference his previously filed jurisdictional statement and submits this notice solely for administrative accuracy and docket clarity.

## III. GOOD FAITH DECLARATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief, and that this filing is submitted in good faith, consistent with the obligations of a party appearing before this Honorable Court.

## IV. REQUEST FOR DOCKET UPDATE

Appellant respectfully requests that the Clerk of the Court update the docket to reflect the above-listed address as the current address of record for all purposes in this appeal.

## V. CONCLUDING REMARKS

Appellant extends sincere appreciation to the Clerk's Office and the Honorable Panel for their continued service and dedication to the fair administration of justice. It is with the utmost respect that this filing is submitted for the Court's consideration.

Dated: July 13, 2025

Beverly Hills, California

**/s/ Donovan J. Foster**

Donovan J. Foster

Pro Se Appellant

Legal Director, Consumer Accountability Alliance

## CERTIFICATE OF SERVICE

I hereby certify that on **July 13, 2025**, I filed the foregoing **Notice of Address Confirmation and Affirmation of Continuing Presence in Ninth Circuit Jurisdiction** using the Court's ACMS system. Service will be effectuated automatically on all registered counsel.

Executed on July 13, 2025, in Beverly Hills, California.

**/s/ Donovan J. Foster**

Donovan J. Foster