UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DONOVAN FOSTER,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; et al.,

Defendants - Appellees.

No. 24-140

D.C. No. 2:22-cv-08522-FWS-PVC
Central District of California,
Los Angeles

ORDER

Before: FRIEDLAND, MILLER, and SANCHEZ, Circuit Judges.

The panel has voted to deny the petition for panel rehearing.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40.

The petition for panel rehearing and petition for rehearing en banc (Docket Entry No. 67) are denied.

All pending motions and requests are denied.

No further filings will be entertained in this closed case.